SILAS K. WILLIAMS et al., Appellants, *v.* DAVID GETMAN, JR., Respondent.

*Williams* v. *Getman,* 128 App. Div. 882, affirmed.
(Argued December 7, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered Octo-

ber 1, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover on a lease.

*Henry V. Borst* and *Arleigh D. Richardson* for appellants.

*Jeremiah Keck* and *William C. Mills* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.